

# Fourth Court of Appeals
## San Antonio, Texas

May 14, 2014

No. 04-13-00027-CV

**IN THE INTEREST OF J.G.H.**, a child,

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-15767
Honorable Solomon Casseb, III, Judge Presiding

# O R D E R

Sitting:        Sandee Bryan Marion, Justice
                    Rebeca C. Martinez, Justice
                    Luz Elena D. Chapa, Justice

The Appellant's Motion for Emergency Stay and Expedited Hearing is DENIED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of May, 2014.

_____
Keith E. Hottle
Clerk of Court